IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CRAIG HAYWARD and DONNA HAYWARD, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 15-cv-00866 |
| TAYLOR TRUCK LINE, INC., | ) ) | |
| Defendant. | ) ) | |

## ORDER

The Court grants, without prejudice, Defendant's Motion to Dismiss for improper venue [10] and orders this case to be transferred to the Western District of Wisconsin forthwith. All pending dates and deadlines are stricken. Enter Memorandum Opinion and Order.

**DATED:** September 14, 2015

ENTERED

_____
AMY J. ST. EVE
United States District Court Judge