

**Thomas G. Bruton**
CLERK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

September 15, 2015

Clerk of the USDC
Western District of Wisconsin

RE: Hayward et al v. Taylor Truck Line, Inc. et al
Case No: 2015cv866

Dear Clerk:

Pursuant to the order entered by Honorable Amy J. St. Eve, on 09/14/2015, the above record.

■ was electronically transmitted to: Clerk of the USDC, Western District of Wisconsin.

Please acknowledge receipt of this letter.

    Sincerely yours,

    Thomas G. Bruton, Clerk

    By:   /s/ Scott White
          Deputy Clerk

Enclosures

New Case No. _____      Date _____

cc:     Non-ECF Attorneys and Pro se Parties